IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| RICHARD BRADLEY,<br><br>Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent | No. C09-0048<br><br>ORDER DENYING REQUEST FOR DISCOVERY |

This matter comes before the Court on the Ex Parte Motion to Subpoena Evidentiary and Relevant Documents pursuant to Rules 17(b) and (c), Federal Rules of Criminal Procedure (docket number 28) filed by the Petitioner on October 29, 2013. Petitioner Richard Bradley asks that the Court order the issuance of a subpoena *duces tecum*, "requiring the Custodians of Records and Individuals from various Illinois Department of Corrections (IDOC) facilities and other parole-related entities to appear and/or produce records concerning: any letters, documents, policies or administrative directives regarding the restoration of Defendant's civil rights; including standardized or form letters regarding the restoration of any Defendant's civil rights."

On March 26, 2009, Bradley filed a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence by a person in federal custody. The motion was denied in an order filed on January 10, 2012. Bradley's appeal was dismissed by the Eighth Circuit Court of Appeals on May 24, 2012. There is no action pending. Bradley is not entitled to the relief requested.

## ORDER

IT IS THEREFORE ORDERED that the Motion to Subpoena Documents (docket number 28) filed by Petitioner is **DENIED**.

DATED this 29th day of October, 2013.

_____
JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA